UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MARCUS JOSEPH WILLIAMSON** | **CASE NO. 6:23-CV-1539 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **WARDEN, ET AL** | **MAGISTRATE JUDGE AYO** |

# ORDER

On January 6, 2025, Magistrate Judge Ayo issued a Report and Recommendation [ECF No. 16] which recommended that the Complaint filed by Plaintiff be dismissed based on the fact that Plaintiff had failed to comply with a prior order directing him to file an amended complaint. Two days later, on January 8, 2025, Plaintiff filed an amended complaint. While the amended complaint may very well suffer from the same deficiencies previously noted by the Magistrate Judge, it has not been reviewed for that purpose. Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court declines to adopt the Report and Recommendation [ECF No. 16]. This matter is referred to Magistrate Judge Ayo for review of the amended complaint in due course.

**THUS DONE AND SIGNED** in chambers this 28th day of March, 2025.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**